PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAWN MARIE PRUITT, | ) | |
| | ) | CASE NO. 4:22-CV-901 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | ) ) | [Regarding ECF No. 13] |

On January 26, 2023, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's application for Supplemental Security Income be affirmed. See ECF No. 13.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by February 9, 2023. None of the parties of have filed any objections. Accordingly, the Court adopts the

(4:22-CV-901)

Report and Recommendation. ECF No. 13. The Commissioner's decision denying Plaintiff Supplemental Security Income is affirmed.

    IT IS SO ORDERED.

| | |
|---|---|
| April 13, 2023 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |